# Order

Michigan Supreme Court
Lansing, Michigan

December 12, 2014

149032

RANDY H. BERNSTEIN, D.P.M.,
      Plaintiff-Appellee,

v

SEYBURN, KAHN, GINN, BESS, & SERLIN,
P.C. and BARRY R. BESS,
      Defendants-Appellants.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 149032
COA: 313894
Oakland CC: 2008-096538-NM

On order of the Court, the application for leave to appeal the February 20, 2014 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issue whether the plaintiff's claim for legal malpractice accrued at the time the defendants discontinued the provision of generalized legal services to the plaintiff and whether those services were "the matters out of which the claim for malpractice arose" under MCL 600.5838, see *Levy v Martin*, 463 Mich 478 (2001).

The State Bar of Michigan Professional Ethics Committee is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2014



Clerk

t1209